UNITED STATES DISTRICT COURT FOR THE DISTRICT OF DELAWARE

DAVID STEBBINS                                                                         PLAINTIFF

VS.                                        Case No. 1:24-cv-01174-MN

RUMBLE, INC. et al                                                                    DEFENDANTS

## NOTICE OF APPEAL

Comes now, pro se Plaintiff David Stebbins, who hereby submits the following Notice of Appeal in the above-styled matter.

1.     The District Court erred when it determined that Rumble cannot be held vicariously liable for the slander.

2.     The District Court further abused its discretion when it denied me leave to amend the complaint.

So notified on this, the 25th day of May, 2025.

 /s/ David Stebbins
David Stebbins
123 W. Ridge Ave., APT D
Harrison, AR 72601
870-204-6516
acerthorn@yahoo.com