DAVID STEBBINS,

      Appellant

v.

RUMBLE INC; JOHN DOE SPECTRE REPORT A/K/A  SPECTRE 06 GAMING