OFFICE OF THE CLERK

**PATRICIA DODSZUWEIT**

**CLERK**

UNITED STATES COURT OF APPEALS

FOR THE THIRD CIRCUIT
21400 UNITED STATES COURTHOUSE
601 MARKET STREET
PHILADELPHIA, PA 19106-1790

Website: www.ca3.uscourts.gov

TELEPHONE
215-597-2995



June 2, 2025

David Stebbins
Apartment D
123 Westridge Street
Harrison, AR 72601

RE: David Stebbins v. Rumble Inc, et al
Case Number: 25-2008
District Court Case Number: 1:24-cv-01174

To All Parties:

This will advise you that the above-captioned appeal will be submitted to a panel of this Court for possible dismissal due to a jurisdictional defect. The Court also will consider possible summary action pursuant to Chapter 10.6 of the Internal Operation Procedures of the United States Court of Appeals for the Third Circuit. See Third Circuit Local Appellate Rule 27.4.

To the extent that you seek to appeal from the District Court's order transferring the case to the United States District Court for the Western District of Arkansas, it appears that this Court may lack jurisdiction for the following reason:

The order that you have appealed may not be reviewable at this time by a court of appeals. Only final orders of the district courts may be reviewed. 28 U.S.C. Section 1291 (enclosed). An order transferring venue is not a final, appealable order. See In re Federal-Mogul Global, Inc., 300 F.3d 368, 378 (3d Cir. 2002); Carteret Sav. Bank, FA v. Shushan, 919 F.2d 225, 228 (3d Cir. 1990).

To the extent you seek to appeal from the District Court's dismissal of Defendant Rumble, Inc., this appeal has been listed for possible summary action.

Chapter 10.6 provides that the Court sua sponte (by its own action) may take summary action on an appeal if it appears that no substantial question is presented or that subsequent precedent or a change in circumstances warrants such action. Specifically, the Court may affirm, reverse, vacate, modify, or remand the judgment or order appealed.

Issuance of the briefing schedule will be stayed pending action by the Court. All other filing requirements must be completed (e.g., payment of fees, entry of appearance, corporate disclosure statement, civil appeal information).

Jurisdictional defects cannot be remedied by the Court of Appeals. The parties may submit written argument regarding jurisdiction, or in support of or opposition to summary action. Any response must be received in the Clerk's Office within twenty-one (21) days from the date of this letter. Please submit to the Clerk an original copy of any response, and a certificate of service indicating that all parties have been served with a copy of the response. Upon expiration of the response period, the case will be submitted to the Court for consideration of the jurisdictional question and for possible summary action.

The parties will be advised of any order issued in this matter.

Very truly yours,

s/ Patricia S. Dodszuweit
Clerk

By:
Stephen, Administrative Assistant