# UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

No. 25-2008

David Stebbins v. Rumble Inc, et al

(U.S. District Court No.: 1:24-cv-01174)

**ORDER**

Pursuant to Fed. R. App. P. 3(a) and 3rd Cir. LAR 3.3 and Misc. 107.1(a), it is

ORDERED that the above-captioned case is hereby dismissed for failure to timely prosecute insofar as appellant failed to pay the requisite fee as directed. It is

FURTHER ORDERED that a certified copy of this order be issued in lieu of a formal mandate.

For the Court,

s/ Patricia S. Dodszuweit
Clerk

Dated: January 06, 2026
PDB/cc: Randall C. Lohan,
       David Stebbins

A True Copy:

Patricia S. Dodszuweit, Clerk
Certified Order Issued in Lieu of Mandate