UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT

David Stebbins                                    )
      Plaintiff/Appellant              )
                                      )
v.                                                      )        Case No. 25-2008
                                        )
Rumble, Inc., et al                             )
                                        )

## **MOTION FOR RECONSIDERATION**

Comes now, pro se Appellant David Stebbins, who hereby submits the following Motion for Reconsideration in the above-styled action.

1.      I never received any notice that my case was being considered for termination for want of filing fee. I apologize for the lack of communication.

2.      To rectify this oversight, I am attaching an application for leave to proceed in forma pauperis.

3.      I humbly ask the Court to re-open my case and consider my IFP application.

      So requested on this, the 6th day of January, 2026. s

*/s/ David Stebbins*
David Stebbins (pro se)
123 W. Ridge Ave.,
APT D
Harrison, AR 72601
870-204-6516
acerthorn@yahoo.com