# UNITED STATES COURT OF APPEALS
# FOR THE THIRD CIRCUIT

**Case Number:** _____

**Case Name:** _____

_____

**INFORMAL BRIEF**

**<u>DIRECTIONS</u>:** *Answer the following questions about your appeal or petition for review to the best of your ability. Use additional sheets of paper if necessary. <u>The total number of pages cannot exceed 30.</u> Parties are encouraged to use one side of the paper for ease of reading. You need not limit your brief solely to this form, but you should be certain that any brief you file contains answers to the questions below. The Court prefers short and direct statements.*

**1. Jurisdiction:** What order(s) of the district court or agency are you appealing?

What is the date of the order(s)?

When did you file your notice of appeal or petition for review?

**2. Statement of the case:** Explain the proceedings in the district court or before the agency (i.e. what the district court or the agency did in deciding your case).

**3. Statement of facts**: Explain the facts and events that led to the complaint in the district court or the action before the agency.

**4. Statement of related cases:** Have you filed an appeal or petition for review in this case before? If so, give title of case and docket number.

Do you have any cases related to this case pending in the district court, in the court of appeals or before the agency? If so give title of case and docket number.

**5.** Did the district court or the agency incorrectly decide the facts of your case? _____ If so, what facts?

**6.** Did the district court or the agency apply the wrong law (either cases or statutes)? ____
If so, what law do you want applied?

**7.** Are there any other reasons why the district court's judgment or the agency's decision was wrong? \_\_\_\_\_
   If so, briefly state these reasons.

**8.** What action do you want the Court of Appeals to take in this case?

_____
                         Signature

**The entire district court record is available for the court's review. You must attach copies of the district court docket entries, the opinion and order appealed, and the notice of appeal. You may, but are not required to, attach any documents filed in the district court that you think the court of appeals must see in order to decide your appeal. Documents not admitted in the district court may not be submitted to the court of appeals without permission of the court.**

**IMPORTANT: IF YOU ARE PROCEEDING PROCEEDING IN FORMA PAUPERIS, YOU MUST FILE AN ORIGINAL AND THREE (3) COPIES OF THIS BRIEF AND ANY ATTACHMENTS WITH THE CLERK. IF YOU HAVE PAID THE DOCKETING FEE, YOU MUST FILE AN ORIGINAL AND SIX (6) COPIES OF THIS BRIEF AND ANY ATTACHMENTS WITH THE CLERK. A COPY OF THIS BRIEF AND ANY ATTACHMENTS MUST ALSO BE SENT TO ALL OPPOSING PARTIES. YOU MUST CERTIFY ON THE ATTACHED PROOF OF SERVICE THAT A COPY OF THIS BRIEF AND ANY ATTACHMENTS WERE SENT TO ALL OPPOSING PARTIES.**

# PROOF OF SERVICE

I certify that on _____ (date) I mailed a copy of this brief and all attachments via first class mail to the following parties **at the addresses listed below**:

# PROOF OF SERVICE FOR INSTITUTIONALIZED OR INCARCERATED LITIGANTS

In addition to the above proof of service all litigants who are currently institutionalized or incarcerated should include the following statement on all documents to be filed with this Court:

I certify that this document was given to prison officials on _____ (date) for forwarding to the Court of Appeals.  I certify under penalty of perjury that the foregoing is true and correct.  28 U.S.C. §1746.

_____
Signature

Dated: _____

*Rev. 06/2018*